1

2

3

4

5

6

7

8

9 **IN THE UNITED STATES DISTRICT COURT**

10 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11

12

13 CHRISTOPHER LAWRENCE BLACKWOOD,        Case No. ED CV 13-1958 MRW

14       Plaintiff,        JUDGMENT

15        v.

16 CAROLYN W. COLVIN, Acting Commissioner of Social Security,

17

18       Defendant.

19

20     The decision of the Administrative Law Judge is AFFIRMED in part and

21 VACATED in part, and the matter is REMANDED to the Social Security

22 Administration for further proceedings consistent with the Court's Order.

23

24

25

26 Date: August 14, 2014        _____

27      HON. MICHAEL R. WILNER
     UNITED STATES MAGISTRATE JUDGE

28