|   |   |
|---|---|
| 1 | Lawrence D. Rohlfing |
|   | Attorney at Law: 119433 |
| 2 | Law Offices of Lawrence D. Rohlfing |
|   | 12631 East Imperial Highway, Suite C-115 |
| 3 | Santa Fe Springs, CA 90670 |
|   | Tel.: (562)868-5886 |
| 4 | Fax: (562)868-8868 |
|   | E-mail: rohlfing.office@rohlfinglaw.com |
| 5 |   |
|   | Attorneys for Plaintiff |
| 6 | Christopher Lawrence Blackwood |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| CHRISTOPHER LAWRENCE BLACKWOOD, | ) Case No.: 5:13-cv-01958-MRW |
|---|---|
| Plaintiff, | ) {PROPOSED} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,426.34 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATE: October 23, 2014

_____
THE HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

-1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3         /s/ *Lawrence D. Rohlfing*
   _____
4  Lawrence D. Rohlfing
   Attorney for plaintiff Christopher Lawrence Blackwood

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26