Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Christopher Lawrence Blackwood

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LAWRENCE BLACKWOOD, | ) Case No.: 5:13-cv-01958-MRW |
| | ) |
| Plaintiff, | ) AMENDED ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,426.34 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATE:  October 24, 2014

_____
THE HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

1   Respectfully submitted,

2   LAW OFFICES OF Lawrence D. Rohlfing

3         /s/ *Lawrence D. Rohlfing*
    _____
4   Lawrence D. Rohlfing
    Attorney for plaintiff Christopher Lawrence Blackwood

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26